Case 1:18-cv-01824-JRS-MJD   Document 1   Filed 06/14/18   Page 1 of 4 PageID #: 1
Case 1:11-cr-00155-SEB-TAB   Document 567-1   Filed 06/13/18   Page 1 of 4 PageID #: 4879
Case: 18-2134   Document: 00713233065   Filed: 06/12/2018   Pages: 7


SHORT RECORD
NO. 18-2134
FILED 5/21/18

1:18-cv-1824-SEB-MJD

FILED
JUN 14 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

USCA–7th Circuit
RECEIVED
MAY 21 2018
GINO J. AGNELLO
CLERK

# UNITED STATES COURT of APPEALS
## for the Seventh CIRCUIT

### Application for Leave to File Second or Successive Petition
### Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255

Docket Number _____
        (to be provided by court)

Petitioner's name  Phillip E. Mannebach

Prisoner registration number  ~~BOP~~ 06326-040

Address  PO Box 24550, Tucson, AZ, 85734  (U.S. Penitentiary)

---

**Instructions - Read Carefully**

(1) This application, whether handwritten or typewritten, must be legible and signed by the petitioner under penalty of perjury. An original and five (5) copies must be provided to the Clerk

(2) All questions must be answered concisely. Add separate sheets if necessary.

(3) The petitioner shall serve a copy of this application and any attachments on respondent and must complete and file a proof of service with this application.

(4) The petitioner shall attach to this application copies of the magistrate judge's report and recommendation and the district court's opinion in any prior federal habeas proceeding under 28 U.S.C. § 2254 or § 2255 or state why such documents are unavailable to petitioner.

---

You *Must* Answer the Following Questions:

(1) What conviction(s) are you challenging?

Conspiracy to interfere with commerce by extortion

Conspiracy to possess a firearm in furtherance of a crime of violence

Case 1:18-cv-01824-JRS-MJD   Document 1   Filed 06/14/18   Page 2 of 4 PageID #: 2
Case 1:11-cr-00155-SEB-TAB   Document 567-1   Filed 06/13/18   Page 2 of 4 PageID #: 4880
Case: 18-2134   Document: 00713233065   Filed: 06/12/2018   Pages: 7

(2) In what court(s) were you convicted of these crime(s)?

_Southern District of Indiana_

(3) What was the date of each of your conviction(s) and what is the length of each sentence?

_April 8, 2013  double life & 240 month sentences._

> For questions (4) through (9), provide information separately for each of your previous §§ 2254 or 2255 proceedings. Use additional pages if necessary.

(4) With respect to **each** conviction and sentence, have you ever filed a petition or motion for habeas corpus relief in federal court under 28 U.S.C. § 2254 or § 2255?
Yes ☒  No ☐

(a) In which federal district court did you file a petition or motion?

_S.D. Ind._

(b) What was the docket number? _Unavailable_

(c) On what date did you file the petition/motion? _Unavailable_

(5) What grounds were raised in your previous habeas proceeding?
(list all grounds and issues previously raised in that petition/ motion)

_Unavailable_

(6) Did the district court hold an evidentiary hearing? Yes ☐  No ☒

Case 1:18-cv-01824-JRS-MJD   Document 1   Filed 06/14/18   Page 3 of 4 PageID #: 3
Case 1:11-cr-00155-SEB-TAB   Document 567-1   Filed 06/13/18   Page 3 of 4 PageID #: 4881
Case: 18-2134   Document: 00713233065   Filed: 06/12/2018   Pages: 7

(7) How did the district court rule on your petition/motion?

☐ District court **dismissed** petition/motion? If yes, on what grounds?
_____

☒ District court **denied** petition/motion;

☐ District court **granted** relief;
if yes, on what claims and what was the relief?
_____

**(Attach copies of all reports and orders issued by the district court.)**

(8) On what date did the district court decide your petition/motion?
_____ Unavailable _____

(9) Did you file an appeal from that disposition? Yes ☒   No ☐

(a) What was the docket number of your appeal? ___Unavailable___

(b) How did the court of appeals decide your appeal? ___Unavailable___
_____

(10) State concisely each and every ground or issue you wish to raise in your current petition or motion for habeas relief. Summarize briefly the facts supporting each ground or issue.
See Attachment
_____
_____

(11) For each ground raised, was it raised in the state courts? If so, what did the state courts rule and when?
No
_____

(12) For each ground/issue raised, was this claim raised in any prior federal petition/motion? (list each ground separately)
No
_____

Case 1:18-cv-01824-JRS-MJD   Document 1   Filed 06/14/18   Page 4 of 4 PageID #: 4
Case 1:11-cr-00155-SEB-TAB   Document 567-1   Filed 06/13/18   Page 4 of 4 PageID #: 4882
Case: 18-2134   Document: 00713233065   Filed: 06/12/2018   Pages: 7

(13) For each ground/issue raised, does this claim rely on a new rule of constitutional law? (list each ground separately and give case name and citation for each new rule of law)
Dimaya v. Lynch, No. 15-1498 (2018)

(14) For each ground/issue raised, does this claim rely on newly discovered evidence? What is the evidence and when did you discover it? Why has this newly discovered evidence not been previously available to you? (list each ground separately)
No

(15) For each ground/issue raised, does the newly discovered evidence establish your innocence? How?
No

(16) For each ground/issue raised, does the newly discovered evidence establish a federal constitutional error? Which provision of the Constitution was violated and how?
No

(17) Provide any other basis for your application not previously stated.
See Attachment

Date: 5-14-18                Signature: Phu Mannebech

**Proof of Service on Respondent MUST be Attached.**