UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHILLIP E MANNEBACH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01824-SEB-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Appointing Indiana Federal Community Defender and Setting Briefing Schedule**

**I. Background**

Here, petitioner sought leave from the Seventh Circuit Court of Appeals to file a second collateral attack under 28 U.S.C. 2255(h) based on the recent Supreme Court decision in *Sessions v. Dimaya*, 135 S. Ct. 1204 (2018), which invalidated 18 U.S.C. § 16(b) on vagueness grounds. *See* Dkt. 1-1.

**II. Briefing Schedule**

1.      The **clerk shall forward** a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the petitioner's motion for relief and memorandum in support pursuant to 28 U.S.C. § 2255.

2.      Because the petitioner seeks modification of his sentence based on the recent decision in *Sessions*, the Indiana Federal Community Defender ("IFCD") is appointed to represent the petitioner in this action. The IFCD shall have **through July 16, 2018**, to appear.

3.      The IFCD shall have **through August 30, 2018**, to file a brief in support of the § 2255 motion.

4.      The United States shall have forty-five (45) days after service in which to respond.

5.     The petitioner shall have twenty-one (21) days after service of the response in which to reply.

**IT IS SO ORDERED**.

Date: _6/18/2018_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

PHILLIP E MANNEBACH
06326-040
TUCSON - USP
TUCSON U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 24550
TUCSON, AZ 85734

Office of the United States Attorney by Electronic Service

Indiana Federal Community Defenders, Inc. by Electronic Service