UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP E MANNEBACH,<br>     Petitioner, | )<br>)<br>) |
| v. | ) 1:18-cv-01824-SEB-MJD<br>) |
| UNITED STATES OF AMERICA,<br>     Respondent. | )<br>)<br>) |

TO: CLERK OF COURT

Please enter the appearance of Sara J. Varner, Indiana Federal Community Defenders, Inc., as attorney for the Petitioner.

Dated: July 2, 2018

> */S/ Sara J. Varner*
> Sara J. Varner
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Ste. 3200
> Indianapolis, IN. 46204-5172
> (317) 383-3520
> Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

> */S/ Sara J. Varner*
> Sara J. Varner