UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,

    RESPONDENT,

v.                                  NO. 18-cv-01824-SEB-MJD

PHILLIP E. MANNEBACH,

    MOVANT

## MOTION FOR LEAVE TO SUPPLEMENT 2255 BRIEFINGS

COMES NOW the movant proceeding pro se, in light of the Order received from the Court July 2, 2018 entitled "Entry Appointing Indiana Federal Community Defender and Setting Briefing Schedule" (dated 6/18/18), and seeks leave to file a consolidated supplemental 2255 and Brief to any such pleading submitted by counsel appointed by the court.

While the movant has yet to confer with counsel in person or by telephone, it is constitutionally imperative that movant receive the full possible benefit of the decision of the Seventh Circuit to permit a second 2255. If movant disagrees with potential exclusion of a claim or argument, the movant seeks to exercise his right at that time to present the claim pro se. To do otherwise would leave the final determination of the court open to a challenge of possible ineffective assistance of counsel in this collateral attack.

Wherefore this motion should be granted, and the request lodged in the record herewith.

*Phil Mannebach* (signature)
Phillip Mannebach #06326-040
USP Tucson
PO Box 24550
Tucson AZ 85734
Pro se movant