UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,
   PLAINTIFF,

v.                                      NO. 1:15-cv-1601-...

PHILLIP MANNEBACH,
   DEFENDANT

FILED
18 JUN 25 PM 2:24

MOTION FOR PRODUCTION OF RECORD AT GOVERNMENT EXPENSE

COMES NOW Phillip Mannebach, proceeding pro se, pursuant to 28 U.S.C. 753(f) and seeks an order permitting the production of the entire record in this case at government expense, or in the alternative an order compelling the federal public defender to supply a copy of their entire case file. In support:

1. The defendant is indigent and cannot afford to pay for the records in this case;

2. The defendant has filed a challenge which in the Seventh Circuit is a matter of first impression and the record is necessary to prosecuting this matter.

3. The issue defendant has presented is one based upon a new rule of constitutional law as defined by 28 U.S.C. 2255(f), (h).

Production is appropriate in this case for the aforegoing reasons. See: United States v. Horvath, 157 F.3d 131, 132 (2d Cir. 1998)(per curiam).

*/s/ Phil Mannebach*  6-20-18

Phillip Mannebach #06326-040
U.S.P. Tucson
PO Box 24550
Tucson AZ 85734
Defendant

⇔06326-040⇔
Phil Mannebach
United States Penitentiary POB 24550
06326-040
Tucson, AZ 85734
United States

PHOENIX AZ 852

21 JUN 2018 PM 10 L

**RECEIVED**

JUN 25 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

⇔06326-040⇔
Clerk Of The District Court
46 E OHIO ST
Indianapolis, IN 46204
~~United States~~

46204-199999