UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2018 JUN 29 PM 1:40

UNITED STATES OF AMERICA, )
    PLAINTIFF/RESPONDENT, )
 )
 )
v. )  CRIM. NO. ~~11-cr-155-SEB~~
 )  CIV. NO.\ 15-cv-1601-SEB-DML
 )
PHILLIP E. MANNEBACH, )
    DEFENDANT/MOVANT )

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW Phillip E. Mannebach, pro se, pursuant to 18 U.S.C.

3006A(a)(2)(B) and seeks the appointment of counsel to represent

him in light of the Seventh Circuit's June 12, 2018 decision to

permit the movant to file a second or successive 28 U.S.C. 2255

motion. This matter involves complex issues of statutory interpretation,

a new rule of constitutional law announced by the U.S. Supreme

Court, and claims which will involve review of a record that the

movant simply does not possess but which is necessary to perfect a

proper §2255 motion. Mannebach v. U.S., No. 18-2134 (7th Cir. 6/12/18).

    WHEREFORE in light of the aforegoing, the movant prays this

Court grant appointment of counsel.

Phillip Mannebach #06326-040
USP Tucson
PO Box 24550
Tucsor AZ 85734
Movant - Pro Se