UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHILLIP E MANNEBACH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01824-SEB-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Denying Motion for Production of Record at Government Expense, Motion to Appoint Counsel, and Motion for Extension of Time**

The petitioner's motion for production of record at government expense, dkt. [6], is **denied**.

The petitioner's motion for counsel, dkt. [7], is **denied** as moot. Counsel was appointed to represent the petitioner on June 18, 2018.

The petitioner's motion for extension of time to file a supplement § 2255 brief, dkt. [5], is **denied**. Counsel appeared for the petitioner on July 2, 2018, and has through August 30, 2018, to file a brief in support of the petitioner's § 2255 motion.

**IT IS SO ORDERED**.

Date: 7/19/2018

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

PHILLIP E MANNEBACH
06326-040
U.S. PENITENTIARY
P.O. BOX 24550
TUCSON, AZ 85734
Sara Varner

INDIANA FEDERAL COMMUNITY DEFENDERS
sara.varner@fd.org