⇔06326-040⇔
Phil Mannebach
United States Penitentiary POB 24550
06326-040
Tucson, AZ 85734
United States

PHOENIX AZ 852

31 JUL 2018 PM 5 L



⇔06326-040⇔
Clerk Of The District Court
46 E OHIO ST
Indianapolis, IN 46204
United States

RECEIVED

AUG 03 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



46204-199999