UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHILLIP E. MANNEBACH, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18-cv-01824-SEB-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF
MOTION PURSUANT TO 28 U.S.C. § 2255**

Phillip E. Mannebach, by counsel, Sara J. Varner, moves this Court for an order extending the time to file brief in support of motion pursuant to 28 U.S.C. § 2255, and in support states:

1. On August 6, 2015, this Court entered an Order appointing the Indiana Federal Community Defenders Office on all cases arising under *Johnson*. Undersigned counsel entered her appearance with this Court on behalf of Mr. Mannebach on July 2, 2018.

2. On July 19, 2018, this Court ordered petitioner to file a brief in support of 28 U.S.C. § 2255 Motion on or before August 30, 2018. Dkt. 8.

3. Undersigned counsel entered her appearance on August 27, 2018. Counsel requests additional time to communicate with Mr. Mannebach regarding the correspondence he has sent regarding possible additional claims, conduct research and draft a Supplemental Brief.

4. Counsel requests through October 1, 2018 in which to file a supplemental brief in support of motion pursuant to 28 U.S.C. § 2255.

**WHEREFORE**, Petitioner respectfully request this Court enter an order extending the time to file brief in support of motion pursuant to 28 U.S.C. § 2255.

Respectfully submitted,

*/S/ Sara J. Varner*
Sara J. Varner
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200

Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on August 30, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ Sara J. Varner*
Sara J. Varner