UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHILLIP E. MANNEBACH, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18-cv-01824-SEB-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**ORDER ON EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MOTION PURSUANT TO 28 U.S.C. § 2255**

This matter is before the Court on Extension of Time to File Brief in support of Motion Pursuant to 28 U.S.C. § 2255 and the Court, being duly advised, now finds the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the time to file brief in support motion pursuant to 28 U.S.C. § 2255 is extended through October 1, 2018.

Dated: _____

                                                        Sarah Evans Barker
                                                        District Judge

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF