UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP E. MANNEBACH,<br>  Petitioner,  | )<br>)<br>) |
| v. | )   1:18-cv-01824-SEB-MJD |
|  | ) |
| UNITED STATES OF AMERICA,<br>  Respondent. | )<br>) |

**ORDER ON EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF MOTION PURSUANT TO 28 U.S.C. § 2255**

This matter is before the Court on Extension of Time to File Brief in support of Motion Pursuant to 28 U.S.C. § 2255 and the Court, being duly advised, now finds the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the time to file brief in support motion pursuant to 28 U.S.C. § 2255 is extended through October 1, 2018.

Dated:  8/31/2018

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF