**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| PHILLIP E. MANNEBACH, )<br>     Petitioner, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>     Respondent. ) | 1:18-cv-01824-JRS-MJD |

**EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF
MOTION PURSUANT TO 28 U.S.C. § 2255**

Phillip E. Mannebach, by counsel, Sara J. Varner, moves this Court for an order extending the time to file brief in support of motion pursuant to 28 U.S.C. § 2255, and in support states:

1. On August 6, 2015, this Court entered an Order appointing the Indiana Federal Community Defenders Office on all cases arising under *Johnson*. Undersigned counsel entered her appearance with this Court on behalf of Mr. Mannebach on July 2, 2018.

2. On August 31, 2018, this Court granted petitioner's Extension of Time to File Brief in Support of Motion Pursuant to 28 U.S.C. § 2255. Dkt. 11.

3. Undersigned counsel is the attorney assigned to the cases arising under the Supreme Court's ruling in *Hughes v. United States*, 138 S.Ct. 1765 (2018). In the past month counsel has assessed nearly 100 cases for eligibility under *Hughes*, contacted all clients regarding that assessment, and this week turned those cases over to the United States to be assessed for possible stipulations on those cases.

4. Counsel requests through November 1, 2018 in which to communicate with Mr. Mannebach, do appropriate research and file a supplemental brief in support of motion pursuant to 28 U.S.C. § 2255.

**WHEREFORE**, Petitioner respectfully request this Court enter an order extending the time to file brief in support of motion pursuant to 28 U.S.C. § 2255.

Respectfully submitted,

_/S/ Sara J. Varner_
Sara J. Varner
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/S/ Sara J. Varner_
Sara J. Varner