UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP E MANNEBACH, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 1:18-cv-01824-JRS-MJD |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

ORDER REASSIGNING CASE

On September 24, 2018 this matter was assigned to the docket of Judge James R. Sweeney II.  The assignment was done in error.  The underlying criminal complaint subject of the Motion to Vacate was assigned to the docket of Judge Sarah Evans Baker.  Therefore, the clerk is directed to reassign this matter to Judge Sarah Evan Barker.

Dated: 10/4/18

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sara Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
sara.varner@fd.org