# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

October 5, 2018

Re: MANNEBACH v. UNITED STATES
OF AMERICA
Cause Number: 1:18−cv−01824−SEB−MJD

TO ALL COUNSEL OF RECORD:

    Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge James R. Sweeney II to the docket of Judge Sarah Evans Barker on October 5, 2018. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:18−cv−01824−SEB−MJD should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court

By: _s/Ruth Olive_
Ruth Olive, Deputy Clerk